UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Docket No. 2:16-mj-48<br>) |
| CRISTIAN AQUINO-MONTILLA,<br>    Defendant. | )<br>) |

## MOTION FOR DETENTION

NOW COMES the United States of America, by and through its attorney, Eric S. Miller, United States Attorney for the District of Vermont moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>. This defendant is eligible for detention because the case involves a serious risk that the defendant will flee. 18 U.S.C. § 3142(f)(2)(A).

2. <u>Reason For Detention</u>. The Court should detain the defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required. The defendant is a citizen of both Spain and the Dominican Republic, and has no legal status in the United States. An immigration detainer has been filed with the United States Marshals. Further, the defendant has an active extraditable warrant from Union County New Jersey, for failing to appear at his sentencing on felony burglary, felony resisting arrest, and conspiracy to commit burglary.

3. <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing at first appearance.

Dated at Burlington, in the District of Vermont this 22nd day of March, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By: JONATHAN OPHARDT
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Jon.Ophardt@usdoj.gov

## CERTIFICATE OF SERVICE

I, Jonathan Ophardt, hereby certify that on the 22nd day of March, 2016, I filed this **MOTION FOR DETENTION** with the Clerk of the Court, and will serve on defendant's counsel a copy of this motion at the initial appearance.

/s/ Jonathan Ophardt
Jonathan Ophardt
Assistant United States Attorney